APPEAL No. 77-46. ROSE HARRIGAN *et al. v.* MASON & WINOGRAD INC. *et al.* The defendants' motion to dismiss the plaintiffs' appeal for failure to file their brief is denied as moot. *Lovett & Linder, Ltd., Raul L. Lovett,* for plaintiffs. *Edward L. Gnys, Jr.,* for defendants.

APPEAL No. 77-160. JOHN MANN *et al. v.* SUSANNE LAMOTHE *et al.* The defendants' motion to dismiss plaintiffs' appeal is assigned to the calendar for October 3, 1977 for oral argument. *Lovett & Linder, Ltd., Stephen M. Rappoport,* for plaintiffs. *Roberts & Willey Incorporated, Bruce G. Tucker,* for defendants.

APPEAL No. 77-183. GERTRUDE CORRENTE *v.* ROGER CORRENTE, JR. The petitioner's motion to dismiss the respondent's appeal is denied.

The stay previously granted by this court is to remain in full force and effect. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *Harry Weiss, John M. Sears, Rhode Island Legal Services, Inc., Alden C. Harrington,* of Counsel for respondent.

June 30, 1977.

M. P. No. 77-190. PETITION OF THE RHODE ISLAND BAR ASSOCIATION. In accordance with the provisions of Article III, Section 3.5 of the bylaws of the Rhode Island Bar Association, the Rhode Island Bar Association petitioned this court that certain attorneys be suspended from the practice of law for failure to pay dues as required.

We, therefore, ordered certain attorneys to appear before us on Thursday, June 30, 1977, at 9:30 a.m., to *show cause* why they should not be suspended for failure to pay dues.

We have been advised by the Association that all but two of the lawyers, previously notified, have now paid their dues.